IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM OMAR MEDINA | : CIVIL ACTION |
| | : |
| v. | : NO. 23-886 |
| | : |
| MONIQUE SAVAGE and C.O. WATSON | : |

# ORDER

**AND NOW**, this 27th day of August 2024, upon considering Defendants' Motion for summary judgment (ECF No. 89), Plaintiff's Opposition (ECF No. 94), having studied the submitted record, finding no genuine issue of material fact as to Plaintiff not exhausting his administrative grievance and appeal rights before filing suit allowing us to enter judgment as a matter of law, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **GRANT** Defendants' Motion for summary judgment (ECF No. 89); and,

2. **DIRECT** the Clerk of Court shall **close** this case.

_____
KEARNEY, J.